UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-14060-CR-MARTINEZ/LYNCH(s)(s)

UNITED STATES OF AMERICA

    Plaintiff,

vs.

ELIESER PUPO,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on September 28, 2009. A Report and Recommendation was filed on October 1, 2009, recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to Count the Four Count Superseding Information in this case, which charges the Defendant in Count One with conspiracy to manufacture and possess with intent to deliver more than one hundred (100) marijuana plants, in violation of Title 21, United States Code, Sections 846 and 841(a)(1); in Count Two with conspiracy to maintain a place to manufacture and distribute marijuana, in violation of Title 21, United States Code, Sections 846 and 856(a)(1); in Count Three with conspiracy to commit mail fraud, in violation of Title 18, United States Code, Section 1349; and in Count Four with conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19 day of October, 2009.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office